Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53958.**—J. S. Finch & Co., Inc., et al. v. United States, protests 134769–K, etc. (Pittsburgh).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53959.**—Washington State Liquor Control Board v. United States, protests 123315–K, etc. (Seattle).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53960.**—A & M Karagheusian, Inc., et al. v. United States, protests 147861–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 24, 1950

**No. 53961.**—Roovers Bros., Inc., et al. v. United States, protests 75645–K, etc. (New York).

Opinion by COLE, J.   It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Roovers Bros., Inc.* v. *United States* (23 Cust. Ct. 53, C. D. 1190). The claim of the plaintiffs was therefore sustained.

**No. 53962.**—Maltbie Chemical Co. et al. v. United States, protests 148524–K, etc. (New York).

Opinion by COLE, J.   It was stipulated that the merchandise in question is the same in all material respects as the ox gall and sheep gall passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.